# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 16-01921 |
|     LINDA MURPHY, | ) | Chapter 13 |
| | ) | |
| | ) | JUDGE BARNES |
|                 Debtor(s). | ) | |

## NOTICE OF OBJECTION

*The following parties have been served via electronic mail:*
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Ch. 13 Trustee: courtdocs@chi13.com

*The following party(s) have been served via regular US mail:*
Ms. Linda Murphy, 3247 W. Warren Blvd., Apt. 101, Chicago, IL  60624
Indiana Department of Revenue, Bankruptcy Section, N-240, 100 N. Senate Ave., Indianapolis, IN 46204

     Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at 219 South Dearborn Street, Chicago, Illinois, in the following courtroom (or any other place posted), and present the attached **Objection to Claim No. 3 (Indiana Department of Revenue)** at which time and place you may appear:

      JUDGE:     BARNES
      ROOM:     744
      DATE:      May 12, 2016
      TIME:      9:30 a.m.

                                        /s/ Christine H. Clar
                                        Christine H. Clar, A.R.D.C. #6202332

## PROOF OF SERVICE

     The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on  April 12, 2016 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

                                          /s/ Christine H. Clar
                                          Christine H. Clar, A.R.D.C. #6202332
                                          Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 16-01921 |
|     LINDA MURPHY, | ) | Chapter 13 |
| | ) | |
| | ) | JUDGE BARNES |
|     Debtor(s). | ) | |

## OBJECTION TO CLAIM NO. 3
## (INDIANA DEPARTMENT OF REVENUE)

NOW COMES the debtor, LINDA MURPHY, by her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Objection to Claims, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The debtor filed a Chapter 13 petition January 22, 2016. The case is not yet confirmed. Marilyn O. Marshall was appointed trustee in this case.

3. The debtor listed as <u>disputed</u> the Indiana Department of Revenue as one of her creditors.

4. On February 9, 2016 the Indiana Department of Revenue filed a proof of claim, Claim No. 3 on the Claims Register for taxes, divided into unsecured, priority ($8,249.50), unsecured general ($520.00), and secured ($20,203.24) for a total amount of $28,972.74 for tax years 1996 through 2015, (Exhibit A).

5. Debtor lived in Indiana from July 1999 through January 2001. From 1996 through 2001 debtor did not work, and therefore, was not required to file or pay Indiana state income taxes.

6. From 2002 through September 30, 2015 debtor worked at Target Area Development Corp., 1542 W. 79th, Chicago, IL 60620, and from 2001 through today Debtor lives in Illinois. Therefore, debtor was not required to file or pay Indiana state income taxes.

6. On September 30, 2015 debtor retired. Therefore, debtor was not required to file or pay Indiana state income taxes.

7. As a result of the aforementioned, the claim filed by Indiana Department of Revenue should be disallowed.

WHEREFORE, pursuant to 11 U.S.C. §502(a), the debtor respectfully requests that this honorable Court enter an order disallowing Claim No. 3 and for such other and further relief as the Court shall deem proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

# EXHIBIT A

| United States Bankruptcy Court<br>District of IL (CHICAGO) | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor)<br>MURPHY, LINDA L | Case Number<br>16-01921 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. 503

| Name of Creditor<br>(The person or other entity to whom the debtor owes money or property)<br>**INDIANA DEPARTMENT OF REVENUE** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address Where Notices Should be Sent<br>**INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204**<br>Telephone No. (317) 232-2289 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account Or Other Number By Which Creditor Identifies Debtor<br>1730 | Check here if this claim ☐ replaces ☐ amends a previously filed claim dated | |

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury / wrongful death
☒ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined by U.S.C. 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
From _____ to _____
(date)          (date)

**2. DATE DEBT WAS INCURRED**
SEE ATTACHMENT

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☒ SECURED CLAIM $20,203.24
Attach evidence of perfection of security interest
Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $

☒ UNSECURED NONPRIORITY CLAIM $520.00
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☒ UNSECURED PRIORITY CLAIM $8,249.50
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4000) earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. 507(a)(3)
☐ Contributions to an employee benefit plan – 11 U.S.C. 507(a)(4)
☐ Up to $1950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. 507(a)(7)
☒ Taxes or other penalties of governmental units – 11 U.S.C. 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. 507(a)_____
*Amounts are subject to adjustment on 4/11/98 and every 3 years thereafter with respect to cases commenced after the date of adjustment.

| 5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED: | $520.00<br>(Unsecured) | $20,203.24<br>(Secured) | $8,249.50<br>(Priority) | $28,972.74<br>(TOTAL) |
|---|---|---|---|---|

☒ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. **CREDITS AND SETOFF:** The amount of all payments on this claim has been credited and deducted for the purposes of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. **SUPPORTING DOCUMENTS:** Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **TIME STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date:<br>02/02/2016 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>/s/ LAURETHA BUTLER, Tax Analyst |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500.00 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 371.

# WORKING PAPERS:

NAME(S): MURPHY, LINDA L

CASE NUMBER: 16-01921

DATE FILED: 01/22/2016

CHAPTER FILED: 13

FID:
TID: 1730
TID:

CONFIRM DATE:

PAGE: 2 OF 3

☒ SECURED
☒ UNSECURED
☒ PRIORITY

| TID# | TAX TYPE | LIAB NBR | LIAB TYPE | PERIOD ENDING | DUE DATE | PENALTY RATE | BASE TAX | INTEREST | PENALTY | CLERK COST | TOTAL CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1730 | IND | * 199602633602 | BIA | 12/31/1996 | 04/15/1997 | 20.00% | $1,000.00 | $1,041.67 | $200.00 | $6.00 | $2,247.67 |
| | | * 199702633632 | BIA | 12/31/1997 | 04/15/1998 | 20.00% | $1,500.00 | $1,457.50 | $300.00 | $6.00 | $3,263.50 |
| | | * 199802633633 | BIA | 12/31/1998 | 04/15/1999 | 20.00% | $1,500.00 | $1,352.50 | $300.00 | $6.00 | $3,158.50 |
| | | * 199902633634 | BIA | 12/31/1999 | 04/17/2000 | 20.00% | $1,500.00 | $1,246.72 | $300.00 | $6.00 | $3,052.72 |
| | | * 200002633635 | BIA | 12/31/2000 | 04/16/2001 | 20.00% | $1,500.00 | $1,137.86 | $300.00 | $6.00 | $2,943.86 |
| | | * 200102633636 | BIA | 12/31/2001 | 04/15/2002 | 20.00% | $1,500.00 | $1,018.18 | $300.00 | $6.00 | $2,824.18 |
| | | * 200202633637 | BIA | 12/31/2002 | 04/15/2003 | 20.00% | $1,300.00 | $906.81 | $300.00 | $6.00 | $2,712.81 |
| | | 201209196148 | BIA | 12/31/2012 | 04/15/2013 | 10.00% | $1,300.00 | $108.13 | $130.00 | $0.00 | $1,538.13 |
| | | 201309196149 | BIA | 12/31/2013 | 04/15/2014 | 10.00% | $1,700.00 | $90.39 | $170.00 | $0.00 | $1,960.39 |
| | | 201409196150 | BIA | 12/31/2014 | 04/15/2015 | 10.00% | $2,200.00 | $50.98 | $220.00 | $0.00 | $2,470.98 |
| | | 201509196151 | BIA | 12/31/2015 | 04/18/2016 | 10.00% | $2,800.00 | $0.00 | $0.00 | $0.00 | $2,800.00 |
| TOTALS: | | | | | | | $18,000.00 | $8,410.74 | $2,520.00 | $42.00 | $28,972.74 |

Secured Amount: $20,203.24
General Unsecured Amount: $520.00
Priority Amount: $8,249.50

* INDICATES SECURED.

Taxpayer name: MURPHY, LINDA L

PAGE: 3 OF 3

Case Number: 16-01921
Filing date: 01/22/2016

| Liability # | Warrant # | County | Date Filed | Page | Docket |
|---|---|---|---|---|---|
| 199602633602 | 5310315 | St Joseph | 10/13/2015 | 15947 | 02015 |
| 199602633602 | 5310315 | St Joseph | 03/09/2006 | 321 | 305 |
| 199702633632 | 5310314 | St Joseph | 10/13/2015 | 15948 | 02015 |
| 199702633632 | 5310314 | St Joseph | 03/09/2006 | 320 | 305 |
| 199802633633 | 5310313 | St Joseph | 10/13/2015 | 15945 | 02015 |
| 199802633633 | 5310313 | St Joseph | 03/09/2006 | 319 | 305 |
| 199902633634 | 5310312 | St Joseph | 03/09/2006 | 318 | 305 |
| 199902633634 | 5310312 | St Joseph | 10/13/2015 | 15946 | 02015 |
| 200002633635 | 5310311 | St Joseph | 10/13/2015 | 15951 | 02015 |
| 200002633635 | 5310311 | St Joseph | 03/09/2006 | 317 | 305 |
| 200102633636 | 5310310 | St Joseph | 10/13/2015 | 15952 | 02015 |
| 200102633636 | 5310310 | St Joseph | 03/09/2006 | 316 | 305 |
| 200202633637 | 5310309 | St Joseph | 03/09/2006 | 315 | 305 |
| 200202633637 | 5310309 | St Joseph | 10/13/2015 | 15949 | 02015 |