UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:  16-01921
LINDA MURPHY, )
 )
 )  Chapter: 13
 )
 )  Honorable Timothy Barnes
 )
Debtor(s) )

**ORDER SUSTAINING OBJECTION TO CLAIM NO. 3**
**(INDIANA DEPARTMENT OF REVENUE)**

THIS MATTER coming to be heard upon the Debtor's Objection to Claim, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given:

IT IS HEREBY ORDERED:

1) Claim No. 3 filed by the Indiana Department of Revenue is disallowed.

2) The Indiana Department of Revenue shall release all liens/security interests against the debtor.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  May 12, 2016

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100